# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>OPINDER SINGH SIAN,<br><br>DEFENDANT | **WARRANT FOR ARREST**<br><br>2:25-mj-00477-NJK<br><br>ON COMPLAINT<br><br>CASE NO.: ___2:24-mj-01009-duty___ |

To:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **OPINDER SINGH SIAN** and bring

him forthwith to the nearest Magistrate Judge to answer a complaint charging him with

Conspiracy to Export at least 50 grams of Methamphetamine, in violation of Title 21,

United States Code, Sections 963, 953(a), 960(a)(1), (b)(1)(H).

REC: BY AUSA          [Detention]

| | |
|---|---|
| ___February 23, 2024___<br>Date | Hon. Steve Kim<br>Name of Magistrate Judge<br><br>_[signature]_<br>Signature of Magistrate Judge |



| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): | | |
| DATE RECEIVED<br><br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| OPINDER SINGH SIAN | ) | 2:24-mj-01009-duty |
| | ) | |
| | ) | 2:25-mj-00477-NJK |
| Defendant(s) | ) | |

**FILED**
CLERK, U.S. DISTRICT COURT

2/23/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ clee _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/22/23; 7/6/23; 8/21/23; 8/28/23__ in the county of __Los Angeles__ in the __Central__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 963, 953(a), 960(a)(1), (b)(1)(H) | Conspiracy to export at least 50 grams of methamphetamine |

This criminal complaint is based on these facts:

Please see attached affidavit.

❐ Continued on the attached sheet.

_____
DEA SA Al Polito
*Complainant's signature*

_____
DEA SA Al Polito
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/23/2024__

_____
*Judge's signature*

City and state: __Los Angeles, CA__

Hon. Steve Kim
*Printed name and title*

*AUSA:* Samuel J. Diaz (x3045)

## AFFIDAVIT

I, Albert Polito, being duly sworn, declare and state as follows:

### I.  PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrant against Opinder Singh SIAN, a.k.a. "CAIN," "Thanos" and "Opie," for a violation of 21 U.S.C. §§ 963, 953(a), 960(a)(1), (b)(1)(H): conspiracy to export at least 50 grams of methamphetamine.

2.   The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF SPECIAL AGENT AL POLITO

3.   I am a Special Agent ("SA") with the Drug Enforcement Administration ("DEA") and have been so employed since January 2020.  I am currently assigned to the DEA's High Intensity Drug Trafficking Area Group 48 ("HIDTA 48"), which investigates large-scale drug trafficking organizations.

4.    During my time with the DEA, I have received 640 hours
of narcotics law enforcement training while attending DEA Basic
Agent Training at the DEA Academy in Quantico, Virginia.

5.    I have participated in investigations into drug
trafficking and drug trafficking organizations.  These
investigations involved (1) the unlawful importation,
exportation, manufacture, possession with intent to distribute,
and distribution of drugs (including cocaine, heroin, fentanyl,
methamphetamine, and marijuana); (2) the laundering of drug
proceeds and monetary instruments derived from drug trafficking
activities; and (3) conspiracies to traffic controlled
substances.  I am familiar with the methods drug traffickers use
to conceal profits and launder proceeds of narcotics
transactions.  I am also experienced in the use of tracking
devices, conducting surveillance, interviewing witnesses,
writing affidavits for and participating in the execution of
search warrants, and working with undercover agents, cooperating
defendants, and confidential sources.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

6.    On or around June 2022, DEA HIDTA Group 48 received a
lead from DEA's Ankara, Turkey, Country Office about an
opportunity to insert a confidential source playing the role of
an international transportation coordinator into an
international drug trafficking organization that needed help
transporting drugs from Southern California to Australia and
other destinations.  The HIDTA 48 agents gave the Ankara,

Turkey, Country Office the phone number for a CS ("CS-1")[1] who could play this role. A DTO member in Turkey, Ibrahim OZCELIK, had an initial phone call with CS-1 and then passed CS-1's phone number to the North American leader of the DTO, Opinder Singh SIAN. SIAN is a Canadian national, currently residing in Vancouver, Canada.

7. SIAN and CS-1 subsequently held several in-person meetings and communicated via phone calls and the Threema messaging application in order to coordinate multiple deliveries of methamphetamine from co-conspirators to CS-1 in Southern California for shipment to Australia.

8. Specifically, SIAN and his co-conspirators arranged four drop offs of methamphetamine to CS-1 in Southern California for shipment to Australia, including approximately 30 pounds of methamphetamine on June 22, 2023; 200 pounds of methamphetamine on July 6, 2023; 100 pounds of methamphetamine on August 21, 2023; and 200 pounds of methamphetamine on August 28, 2023.

9. Following the pickups of the methamphetamine, CS-1 led SIAN, and others to believe that he/she had their drugs and was safely storing them until they could be consolidated for

---

[1] CS-1 has no criminal convictions. CS-1 began cooperating with the DEA in 2014 after he/she was charged with possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). CS-1 has received consideration for the aforementioned drug trafficking charge, including deferred prosecution and deferred action on his/her immigration status. Since August 2019, CS-1 has assisted in investigations resulting in the seizure of approximately 50 kilograms of fentanyl, 3.3 million fentanyl pills, 120 kilograms of cocaine, 500 pounds of methamphetamine, and approximately $500,000. CS-1 has also received financial compensation, including compensation for his/her cooperation in this case. DEA has found CS-1 to be reliable and credible.

shipment via ship from Los Angeles to Australia. He/she then led SIAN, and others, to believe the drugs were on a ship to Australia. When the purported arrival date came, DEA and Australian law enforcement packaged sham methamphetamine and placed a tracking device inside. Undercover Australian officers gave the sham drugs to DTO members in Sydney, Australia. The DTO members in Sydney then drove the sham drugs to a stash house and then returned to the port. The Australians then raided the stash house and soon thereafter arrested the receiving couriers.

### IV. STATEMENT OF PROBABLE CAUSE

10. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    Initial Lead and Introduction of CS-1 to SIAN in Late Summer and Fall 2022**

11. In June 2022, DEA's Ankara, Turkey, Country Office reached out to HIDTA 48 about an investigation they were conducting into an international drug trafficking organization that included leaders in Turkey. The targets coordinate large shipments of drugs from South America and Mexico to the United States for further shipment to Canada, Europe, Australia, and New Zealand. The Ankara Country Office explained that the drug trafficking organization was looking for assistance in transporting its drugs from South America and Mexico through Southern California to Canada, Australia, and New Zealand.

12. Agents from HIDTA 48 gave DEA's Ankara Country Office a phone number for a HIDTA Group 48 confidential source, CS-1,

who could pass him/herself off as a broker who could facilitate the international shipment of drugs from Los Angeles.  The Ankara Country Office passed that phone number on to their targets, including Ibrahim OCZELIK, a Turkish DTO member.  Soon thereafter, OCZELIK called CS-1 from Turkey.  After some preliminary discussions, OCZELIK said he would have an associate in Southern California call CS-1.  In the next few days, SIAN called CS-1 and they started discussions that led the conduct described herein.

**B.    In Meetings with CS-1 in February and March 2023, SIAN Conspired to Export Methamphetamine Through Los Angeles to Australia**

13.    After their initial contact, SIAN and CS-1 continued communicating and arranged tan in-person meeting in Vancouver, Canada, on February 1, 2023.  During the meeting SIAN explained more about his operations.  SIAN explained that in Canada he works with Irish organized crime, specifically, the Kinnehan Family, Italian organized crime, and other Canadian organized crime groups.  SIAN also explained that he obtained drugs through contacts with drug cartels in Mexico and South America.  SIAN again stated that he worked with a known drug kingpin, based out of Turkey, named Hakan ARIF.

14.    While CS-1 and SIAN were in Vancouver, SIAN introduced CS-1 to two male associates.  They explained that they had about 500 kilograms of cocaine and needed help getting it through Los Angeles ports and then on to Australia.  CS-1 claimed that he/she could arrange for the drugs to be offloaded in Los Angeles, repackaged, and put on a container ship to Australia.

CS-1 also claimed that he/she could arrange for someone to offload the drugs in Australia and transfer them to the ultimate buyers.

15. After the in-person meeting, SIAN and others continued to reach out to CS-1 about moving controlled substances for them from South America and Mexico to or through Southern California to Canada, Australia, and New Zealand.

16. On March 28, 2023, SIAN traveled to Los Angeles and met with CS-1. They met for lunch at a restaurant in Manhattan Beach. CS-1 also brought a DEA undercover agent ("UC-1"), who posed as his/her cousin who worked at the Port of Long Beach and who helped him/her ship narcotics undetected.

17. At the beginning of the meeting, SIAN said they could get in trouble just for meeting like this. SIAN said his first shipment would be "200," which is consistent with the text conversations SIAN had with CS-1. CS-1 said this would not be a problem. UC-1 stated that it would be better to do fewer but larger shipments to reduce the risk of detection. UC-1 stated that he/she only did this for CS-1 because they were family. SIAN asked whether UC-1 worked for anyone else and UC-1 clarified that he/she did not; SIAN was pleased. SIAN asked questions about the port and mentioned knowing other persons at the port in a way that seemed like he was probing UC-1 to make sure that UC-1 had enough status to ship narcotics through the port.

**C.    In June 2023, SIAN Conspired to Traffic 30 Pounds of Methamphetamine from Los Angeles to Australia**

1.    SIAN Connected CS-1 with Co-Conspirator ROLLIN, who agreed to provide CS-1 with 30 pounds of methamphetamine for transport to Australia

18.  Beginning in June 2023, CS-1 began communicating with SIAN regarding bulk methamphetamine deliveries that would be made to CS-1's purported criminal associates in the greater Los Angeles area with a final destination of Sydney, Australia. SIAN advised CS-1 that he and his criminal associates would be delivering a total of an estimated 500-750 kilograms of methamphetamine that would be made in separate deliveries being coordinated by SIAN's criminal associates.

19.  On June 13, 2023, SIAN created a group chat in Threema, a secure messaging application, using the moniker "Cain" and associated to Threema ID: V9APEZUM and an unidentified user under the screen name, "Sticks", and associated Threema ID: A3DBMAP8.  "Sticks" was later identified as Sebastian ROLLIN.  ROLLIN is a Canadian national, believed to be residing in Montreal, Canada, and is believed to be SIAN's criminal associate.  In this chat, ROLLIN told CS-1 that his people would be dropping off 30 pounds of methamphetamine to CS-1 in Southern California.

20.  That same day, CS-1 provided a token, a one-dollar bill with serial number SN#L28413184D, and posted it to the Threema chat group with SIAN and ROLLIN.  CS-1 also passed a telephone number, (626) 693-3331, belonging to a DEA undercover agent ("UC-2").  CS-1 stated that UC-2 would answer that phone

7

number and that he/she was CS-1's courier/coordinator and was located in the greater Los Angeles area.

21. On a June 13, 2023 phone call, CS-1 spoke to SIAN regarding setting up future pick-ups in the Los Angeles area. SIAN told CS-1, that he was telling his associates, that he was not in Canada, and would be residing in Los Angeles for the time being while the deals transpired.  SIAN told CS-1 that the "guy" giving the "30" (referring to the 30 pounds of methamphetamine), was staying in Colombia for a few weeks.  SIAN said the person sourcing the narcotics used to live in Colombia and that is where he met the sources of supply for the narcotics.  SIAN told CS-1 that after this first "job" went through, he would bring more people into the mix.  CS-1 told SIAN that CS-1's courier "Lalo" (referring to CS-2), had not received any confirmation from the sources on when they wanted CS-2 to pick up the narcotics.  SIAN told CS-1 he would help sort out the issue and would speak to "them" so someone could call CS-2 to confirm when they wanted CS-2 to pick up the narcotics.

22. On June 16, 2023, UC-2 received a call from an unknown male and asked UC-2 to confirm the token.  The man, utilizing telephone number 52-6645675525, stated that he had a serial number that he wanted UC-2 to confirm.  UC-2 advised that the serial number ended in "3184D" and the unidentified male said that was correct.  In later conversations regarding the methamphetamine delivery, the unidentified male stated that his moniker was "El R" or "The R".  Through record checks, law

enforcement identified "El R" as Ruben CHAVEZ Ibarra, ("CHAVEZ").

23.    CHAVEZ asked UC-2 if he was ready to receive the "motores (motor, engine)," which UC-2 understood, based on his training and experience, to be a coded term for methamphetamine, and UC-2 stated that he was.  CHAVEZ then asked UC-2 about the "Facturas (bill, receipts)".  UC-2 understood CHAVEZ to be asking about payment for the methamphetamine that CHAVEZ was going to be delivering through a courier.  UC-2 told CHAVEZ that he/she was told that he/she was not going to be exchanging any money for the methamphetamine.  CHAVEZ stated that he was the owner of the methamphetamine and that he would not be able to give UC-2 the methamphetamine until he was paid.  UC-2 stated that he was going to advise his associate, CS-1 a.k.a. "Queen," to clear up the confusion.

24.    On June 21, 2023, UC-2 contacted CS-1 and advised him/her to message ROLLIN and advise them that CHAVEZ was being difficult.  After CS-1 contacted ROLLIN, UC-2 received a call from a new number, 52-6692167307, and stated he was calling on behalf of CHAVEZ in the Spanish language, herein after referred to as unidentified male ("UM-1").

25.    UM-1 advised UC-2 that UC-2 would need to be more flexible with the terms that CHAVEZ was trying to get UC-2 to agree to.  UM-1 stated that his associates were the ones taking on all the risk and that UC-2 needed to make himself available as needed.  UC-2 and CHAVEZ agreed that the methamphetamine

would be delivered by his criminal associates the following day in Pomona, California.

26. UC-2 was also in contact with UM-2 using WhatsApp number 52-6643809118, regarding the delivery of the methamphetamine. UM-2 texted UC-2 that same day, June 21, 2023, and sent a message that stated he was communicating on behalf of "R," referring to CHAVEZ, and looking for Carlos, the name UC-2 was utilizing. UC-2 told UM-2 that he/she could meet with him tomorrow for the delivery of the methamphetamine, UM-2 stated this was fine.

        2.   <u>On June 22, 2023, CS-2 picked up approximately 30 pounds of methamphetamine from SIAN and ROLLIN's co-conspirators</u>

27. On June 22, 2023, UC-2 sent UM-2 a message on WhatsApp and greeted UM-2. UM-2 responded and asked UC-2 if he/she was going to be able to receive the methamphetamine in the afternoon. UC-2 stated that he/she was available. At approximately 2:53 p.m., UM-2 sent UC-2 the following address, "1219 sthonas st pomona California" and a screenshot of the location in the Google Street Map application. UC-2 was able to determine that the address that UM-2 meant to send was actually 1219 S. Thomas Street, Pomona, California 91766 (the "Thomas Street" residence). UC-2 confirmed this by verifying the address on Google Street View and comparing it to the picture that UM-2 had sent.

28. Later that day, UC-2 asked UM-2 to meet him at a different location but UM-2 insisted on conducting UC-2 picking

up the methamphetamine at the Thomas Street residence instead of UM-2's associates delivering the methamphetamine to UC-2.

29. UC-2 advised UM-2 that UC-2 was going to be sending one of his associates, CS-2[2], to pick up the methamphetamine. UM-2 stated this was fine and asked what vehicle CS-2 was going to be in; UC-2 provided a description of CS-2's vehicle. UM-2 told UC-2 to tell the people that would be meeting CS-2 that CS-2 was there on behalf of "El Chavo," meaning "The Kid." UC-2 responded and told UM-2 that CS-2 was going to be there in approximately 10 minutes.

30. CS-2 arrived at the Thomas Street residence and double parked in front of the residence. CS-2 observed a male Hispanic individual ("UM-3") approach. UM-3 asked CS-2 in Spanish what he/she was waiting for. CS-2 told him that he/she was there to pick up some things. UM-3 responded and asked what type of things. CS-2 stated that he/she was there on behalf "El Chavo". UM-3 asked CS-2 how much he/she was going to pick up and CS-2 told UM-3 that he/she was told it was going to be 70, referring to 70 pounds of methamphetamine. UM-3 told CS-2 that it was actually only going to be 30, meaning 30 pounds of

---

[2] CS-2 began working with the DEA in November 2021 after he/she plead guilty to possession with intent to distribute methamphetamine. CS-2 is working with the DEA in exchange for a potential sentence reduction in that case as well as deferred action on CS-2's immigration status. CS-2's criminal history includes convictions for possession of burglary tools, burglary, driving without a license, and providing false identification to a police officer. CS-2's criminal history also includes arrests for vehicle theft, grand theft, burglary, use of another person's identification, conspiracy to commit a crime, and forgery.

methamphetamine.  CS-2 stated that if UM-3 understood that he, UM-3, was only handing over 30 pounds of methamphetamine then that was the correct amount.  UM-3 then walked towards the Thomas Street residence

31.  Shortly afterwards, CS-2 saw two unidentified Hispanics males walk from the same area of the property where UM-3 had just walked to.  The two individuals, hereafter referred to as UM-4 and another unidentified male, later identified as Ramon Angel GUTIERREZ, walked towards CS-2 who was by his/her vehicle.  CS-2 then noticed UM-2 reappear carrying a cardboard box over his shoulder.  UM-3 approached CS-2's vehicle and placed the cardboard box in the rear passenger bench seat and closed the door to the vehicle.  CS-2 then entered his/her vehicle and departed the area and headed to a neutral location to meet with law enforcement.

32.  Inside the cardboard box that UM-3 put in CS-2 vehicle, law enforcement found suspected methamphetamine.  The suspected methamphetamine was tested the Southwest regional laboratory, and found to contain 13.3 kilograms of methamphetamine that was 97% pure, yielding 12.91 kilograms of actual methamphetamine.

    **D.**    **SIAN Conspired to Traffic 200 Pounds of Methamphetamine from Los Angeles to Australia**

        1.    <u>SIAN connected CS-1 to KULAR as part of a plan to traffic 200 pounds of methamphetamine from Los Angeles to Australia</u>

33.  In June 2023, SIAN set up another group chat in Threema that included himself, CS-1, and "ABC," later identified

as Jatinder KULAR.   KULAR is a Vancouver, Canada-based associate
of SIAN.   In that chat, the parties discussed CS-1 using her
contacts to send 200 pounds of methamphetamine to Australia from
the Port of Long Beach.

34. On or around June 30, 2023, over the group chat, KULAR
sent CS-1 a screenshot of a text message that stated "Mexi is
ready" and "Pass me token/number.  They will have someone to
call and drop."  KULAR also stated, "My pals can drop off 100
anytime now?"

2.    On July 6, 2023, UC-2 picked up approximately
80.3 kilograms of actual methamphetamine from
SIAN's co-conspirators

35. Shortly thereafter, CS-1 sent UC-2's phone number and
the serial number of a dollar bill to KULAR in order to
coordinate the pick-up of the methamphetamine.  A Hispanic man,
later identified as Jorge OROZCO-SANTANA contacted UC-2 and said
he was calling on behalf of "queen," referring to CS-1.  UC-2
asked for the serial number of the dollar bill as a token and
OROZCO-SANTANA provided it.  UC-2 then arranged to pick up the
methamphetamine from OROZCO-SANTANA.  OROZCO-SANTANA explained
that he was in Orange County and that the methamphetamine was
"entero" (meaning in complete or in bulk form) in large plastic
bins that he could drop off.  OROZCO-SANTANA and UC-2
communicated for a couple days before agreeing to meet on July
6, 2023.

36. On July 6, 2023, DEA and Hawthorn Police set up to
conduct the undercover operation with UC-2.  At about 9:50 a.m.,
UC-2 sent a message to OROZCO-SANTANA to meet at Brookhurst Park

in Anaheim, California.  OROZCO-SANTANA said his associate would be there.  At about 11:00 a.m. the agents set up at Brookhurst Park in Anaheim.  UC-2 arrived around 11:10 a.m.  At around 11:45 a.m., a white Mercedes arrived and parked near UC-2.  A Hispanic male, hereinafter referred to as UM-5, got out of the Mercedes and talked to UC-2.  UM-5 asked for the dollar bill token, which UC-2 provided.  UM-5 and UC-2 went back to the Mercedes and got out a black plastic bin with a yellow lid and carried it to UC-2's car.  UM-5 then pulled a smaller bin out of the Mercedes and put it in UC-2's car.  UC-2 and UM-5 then drove away in their respective cars.

37.  The suspected methamphetamine was tested by the DEA Southwest regional lab, which found that it contained 84.6 kilograms of methamphetamine that was 95% pure, yielding 80.3 kilograms of actual methamphetamine.

38.  On July 8, 2023, two days after the pick up of the 80.3 kilograms of actual methamphetamine, CS-1 had a recorded call with SIAN.  During this call, CS-1 told SIAN that he/she had spoken with his/her cousin, UC-1, and that they would be delaying the shipment of the methamphetamine because they were waiting on more product first.  CS-1 asked SIAN to help manage KULAR and ROLLIN and to keep them calm, as CS-1 had their product.  I believe this was a reference to the 30 pounds of methamphetamine CS-2 picked up from ROLLIN's associates on June 22, 2023, and the 200 pounds of methamphetamine UC-2 picked up from KULAR's associates on July 6, 2023.

**E.    CS-1's Ongoing Contacts with Truong, Kular, and SIAN**

39.   On July 29, 2023, SIAN set up a new group chat on Theema which now included an Asian male, utilizing the moniker "AAA," identified as Tien Vai Ty TRUONG.   TROUNG is a criminal associate of SIAN, a citizen of Vietnam and Canada, and currently resides in Vietnam.   The chat also included CS-1, KULAR, SIAN,[3] and others.   They all begin discussing the load, including the 30 pounds of methamphetamine CS-1 had obtained on June 22, 2023 and the 200 pounds of methamphetamine CS-1 had obtained on July 6, 2023, and which ship it would be transported on.

40.   On August 1, 2023, SIAN asked CS-1 to call KULAR about the 200 pounds of methamphetamine UC-2 had picked up on July 6, 2023.   SIAN explained that the Mexican source of supply was growing uneasy about the drugs being delayed until August 14 and wanted to know if they could get the drugs back to hold until then.   Originally, the supposed plan was to have shipped the methamphetamine to Australia shortly after CS-1 had picked it up.

41.   On that same day, CS-1 called KULAR and explained that he/she could not give the drugs back because they were already at the Port of Long Beach and removing them would be too risky. KULAR said he understood, and said that he would explain that to his Mexican partners, and asked for a photograph of the drugs with an up-to-date Los Angeles newspaper.   CS-1 said he/she would send the photo.   KULAR apologized and explained that the

---

[3] In these chats, SIAN uses the moniker "Cain."

"Turks" had recently lost a load and people were uneasy.  CS-1 reassured KULAR that the drugs would be on the ship to Australia on August 14.

    42.  In response to KULAR's request, CS-1 sent videos of the methamphetamine with an L.A. Times newspaper from that day to prove that he/she was still in possession of the methamphetamine.  The targets, including TRUONG, were satisfied. TRUONG asked for a more concrete shipment schedule and CS-1 reassured him.  TRUONG explained that he was worried because he had previously lost loads and he had a Mexican partner who was under pressure.

    43.  In subsequent messages, CS-1 led the others to believe that methamphetamine had been shipped to Australia on August 14, 2023.  This seemed to make everyone very happy and they, including TRUONG, discussed future loads, methods, and destinations.  In mid to late September 2023, TRUONG sent CS-1 a video of 500 pounds of methamphetamine that he wanted to ship.

    **F.    SIAN Sent CS-1 Fentanyl Precursor Chemicals**

    44.  On or around mid-July 2023, CS-1 communicated with KULAR and SIAN on Threema.  Kular asked CS-1 about offloading or selling bulk ketamine in Mexico City.  In response, HIDTA 48 investigators prompted CS-1 to ask about access to fentanyl precursor chemicals.  KULAR asked CS-1 to send the type of precursor chemicals CS-1 would be interested in, so he could check on pricing.

    45.  CS-1 asked for pricing on chemicals 1-BOC-4-Pperidone (CAS # 79099-07-3) and 1-BOC-4-anilinopiperdine (CAS # 125541-

22-2).  KULAR informed CS-1 that it would cost $225 for the 07-3 chemical and $750 for the 22-2 chemicals, plus $,1000 for shipping.

46.  On July 25, 2023, SIAN contacted CS-1 individually, and told CS-1 that he could provide those precursor chemicals directly.  CS-1 asked SIAN for samples of 1-BOC-4-Pperidone (CAS # 79099-07-3) and 1-BOC-4-anilinopiperdine (CAS # 125541-22-2). Both chemicals can be used to synthesize fentanyl.

47.  SIAN informed CS-1 that he could get the chemicals directly from China.  He then asked CS-1 if they could receive a shipping container in the Port of Long Beach containing those chemicals.  SIAN informed CS-1 that he would send a sample by mail first so that CS-1 could approve the product before he/she bought larger shipments.

48.  On July 29, 2023, CS-1 sent SIAN the address of an undercover law enforcement Post Office PO Box, utilized by HIDTA 48.  On that same day SIAN informed CS-1 that he would send 20 grams of the CAS # 79099-07-3 to CS-1 via mail.  SIAN also informed CS-1 that he would accept USDT[4], as payment for the larger samples when they arrived.

49.  On August 10, 2023, SIAN informed CS-1 that the precursor chemicals had been sent to the PO Box but may not arrive until the following Friday.

50.  On August 18, 2023, SA Polito and SA Jeremy Pearson checked the undercover PO Box, and found an envelope with a

---

[4] USDT is a currency code for "Tether" which is a cryptocurrency stable coin, commonly traded on applications such as Coinbase.

white powdery substance inside.  The DEA Southwest Laboratory found that the white powdery substance consisted of "tert-Butyl 4(phenylamino)piperidine-1-carboxylate (t-BOC-4-Anilinopiperidine)," a fentanyl precursor.

**G.    On August 16, 2023, CS-1 Met SIAN and his co-conspirators in Vancouver, Canada**

51.  On August 14, 2023, CS-1 spoke with SIAN prior to a face-to-face meeting in Vancouver, Canada.  CS-1 asked who they would be meeting in Vancouver and confirmed they would be meeting with the "sample guy" (the person who sourced the precursor chemicals), as well as a few other associates of SIAN. SIAN said that "G" (Tien TRUONG) would not be at the meetings because he lived in Toronto, but KULAR would be there, as well as possibly an investor who was looking to move narcotics from Jamaica.

52.  On August 16, 2023, CS-1 met with SIAN and his wife and child for lunch at a restaurant in downtown Vancouver, Canada.

53.  After lunch, CS-1 received a ride from SIAN, who told CS-1 that they were going to meet with two individuals that were capable of sending bulk precursor fentanyl chemicals into the United States via various means.

54.  CS-1 said they met at a coffee shop, and that a Chinese male, later identified as Peter Peng ZHOU, and an unknown Indian/Southeast Asian male sat down at the table with CS-1 and SIAN.  CS-1 that ZHOU had a very thick Chinese accent and was very hard to understand his English.

55. ZHOU began by asking if CS-1 could sell him bulk cocaine or methamphetamine in the Los Angeles area, that he had access to transportation that could send the narcotics from Los Angeles to the Vancouver area.

56. ZHOU then began speaking to CS-1 about the type of precursor chemicals he could deliver. ZHOU informed CS-1 that the fentanyl precursor CS-1 would need most was the "222" precursor, referring to the Chemical Abstracts Service ("CAS") number. ZHOU said that he would be getting the precursors from China in Vancouver and send them to Los Angeles, via his trucking company. ZHOU also told CS-1 that he could send the CS-1 one hundred kilograms of chemicals per month and the he would require upfront payment before sending any chemicals from Canada to Los Angeles.

57. ZHOU told CS-1 that his partner, known as "Burger," took care of the money side of everything for him. Burger, a Southeast Asian male, said he was doing this (trafficking narcotics) because his wife was very greedy and wanted him to make more money.

58. ZHOU told CS-1 that he had been doing this for about ten years and remembered when these kilograms of chemicals were upwards of $300,000 per kilogram. He told CS-1 he knew how to make fentanyl and methamphetamine from the chemicals.

59. ZHOU informed CS-1 that he could also get a hold of chemical compound 1-benzyl-4-peiperidyl, which is another chemical used to synthesize fentanyl.

60. During the meeting SIAN brought up Orlando, referring to Orlando ESCUTIA, a Bakersfield, California-based associate of SIAN, and said that ESCUTIA would be delivering CS-1 an additional 50 kilograms of methamphetamine the following week for shipment to Australia.

61. ZHOU mentioned that he could start getting a chemical precursor with a CAS number ending in 228, which was a newer and better chemical for making fentanyl. He explained that when he sends the chemicals via mail, he uses a special bag to send them in, so that it was not detected by law enforcement.

62. Later that same day, CS-1 and SIAN met with "ABC" who was later identified as KULAR, at a restaurant in downtown Vancouver.

63. KULAR told CS-1 that his boss, "AAA", later identified as TRUONG, was a Chinese national and about 55 years old and who dealt mostly out of the Toronto area. KULAR said that Truong's bosses were based out of Hong Kong. TRUONG and his organization move ton quantities of cocaine and methamphetamine around the world.

64. KULAR told CS-1 that after the August 14, 2023 methamphetamine shipment arrived in Australia, he would be willing to send 500 kilograms of methamphetamine to CS-1 in Los Angeles. KULAR told CS-1 that he had moved nearly 2 tons of methamphetamine through Los Angeles in years prior, and he had buyers for the methamphetamine in Los Angeles.

65. SIAN also told CS-1 that Ibrahim OZCELIK was giving him a ton of narcotics, without specifying which ones. SIAN

said the narcotics had landed in Africa, and OZCELIK was looking for SIAN to help him find buyers for it.

66. KULAR also informed CS-1 that he was looking to buy approximately 100 to 200 kilograms of methamphetamine in the Los Angeles area in the near future.

### H. Seizure of 100 pounds of Methamphetamine Related to SIAN and ESCUTIA.

67. On August 10, 2023, SIAN contacted CS-1 through the Signal application under the moniker "Cain" and associated number, 659-674-9804. SIAN stated that he had an associate, later identified as ESCUTIA, who wanted to provide CS-1 with bulk amounts of methamphetamine for delivery to Australia by utilizing CS-1's transportation services. SIAN passed the contact for ESCUTIA to CS-1 and CS-1 began communicating directly with ESCUTIA.

68. On August 11, 2023, CS-1 began communicating with ESCUTIA regarding CS-1's Los Angeles to Australia transportation services. ESCUTIA utilized the Threema application under the account XST3CD44 and began communicating directly with CS-1.

69. On August 18, 2023, ESCUTIA messaged CS-1 and stated that he was going to be receiving an undetermined amount of methamphetamine the following day and that ESCUTIA would be able to deliver the methamphetamine to CS-1 at any time after that. CS-1 agreed to pick up the methamphetamine from ESCUTIA and provided the serial number, SN#K30568144B, to a  one dollar bill as a token to ESCUTIA along with a telephone number (1-6266933331) to UC-2, who was posing as an associate of CS-1.

70. On August 19, 2023, UC-2, received a message via WhatsApp (1-8582417893) from ESCUTIA in Spanish. The message from ESCUTIA stated that he wanted to check with UC-2 about the methamphetamine delivery and that it was his understanding that the delivery would happen on Monday, August 21, 2023. UC-2 confirmed and ESCUTIA stated he also just wanted to contact UC-2 so that UC-2 could have ESCUTIA's telephone contact.

71. On August 21, 2023, UC-2 sent a message to ESCUTIA asking him if he was going to be ready for the handover of the methamphetamine. ESCUTIA stated that he "was more than ready" and stated that he was on his way to pick up the methamphetamine. ESCUTIA went on and stated in the message that he would contact UC-2 later that day once he had the methamphetamine in his custody. UC-2 acknowledged this and asked ESCUTIA in what general area he was located. ESCUTIA messaged UC-2 and said he was in Bakersfield and was going to be driving to Pomona, California where ESCUTIA said he had the methamphetamine.

72. That same day, ESCUTIA stated that he was ready to deliver the methamphetamine. UC-2 initially sent an address belonging to a commercial strip mall in Montebello, California. ESCUTIA responded and stated that he was not comfortable with meeting there. UC-2 sent ESCUTIA another address belonging to Taylor Ranch Park at 737 N. Montebello, California 90640. ESCUTIA agreed to meet at this location and stated he would be on his way.

73. At approximately 3:57 p.m., UC-2 observed a white Ford F-250 enter the lot and parked next to UC-2.  UC-2 exited his vehicle and provided ESCUTIA with the the dollar bill with serial number SN#K30568144B that was sent to ESCUTIA in previous chats with SIAN and CS-1.  UC-2 observed ESCUTIA compare the serial number to an image on his phone.  Once he confirmed that the serial number, ESCUTIA positioned his vehicle closer to UC-2's vehicle and exited.  ESCUTIA opened the rear passenger door of his vehicle where the UC observed a black duffle bag and a black carryon size suitcase.  ESCUTIA grabbed the bag and suitcase one by one and handed them to UC-2.  After the handoff, UC-2 messaged ESCUTIA to confirm that it was 50 kilograms of methamphetamine and ESCUTIA responded and stated that it was actually 42 kilograms of methamphetamine.

74. The suspected methamphetamine was tested by the DEA Southwest regional lab, which found 41.92 kilograms of methamphetamine that was 97% pure, yielding 40.66 kilograms of actual methamphetamine.

75. Afterwards, on an August 21, 2023 phone call, SIAN asked CS-1 to send pictures of the product that they picked up that day.  SIAN told CS-1 that "Sticks" (Rollin) was looking to send more product for CS-1 to send on this shipment.  CS-1 pleaded with SIAN, about Rollin's people that dropped off the 30 pounds of methamphetamine, that it was a huge headache, and that it took nearly two weeks to negotiate a small drop, which was very unusual.

### I.  Seizure of 200 pounds of Methamphetamine Related to SIAN and "Darth Vader"

76.  On or around end of August 2023, CS-1 had discussions with SIAN and an individual who goes by the Darth Vader over a group chat on Threema about a 200-pound methamphetamine pick-up in the Los Angeles area.  CS-1 knew Darth Vader to be one of SIAN's many business partners.  CS-1 stated that DARTH VADER indicated that he had a contact in the Los Angeles area that could drop off 200-pounds of methamphetamine.  This methamphetamine was being picked up, on behalf of SIAN and DARTH VADER, for shipping to Australia.

77.  CS-1 sent a dollar bill token and the phone number for CS-2 to DARTH VADER.  CS-1 informed law enforcement that DARTH VADER then sent the information to his contact in the Los Angeles area, CS-1 informed DARTH VADER to have the courier call on behalf of "Queen."

78.  On August 27, 2023 telephone number (714)493-1681, utilized by a male later identified as Brian TRAN, called CS-2, and said "Hi, I'm calling for the Queen." TRAN resides in Orange County, California, and is a courier working on behalf of DARTH VADER.  CS-2 and TRAN then agreed to meet the following morning at around 11:00 a.m.

79.  On August 28, 2023, CS-2 and TRAN agreed to meet in the area of Hawaiian Gardens, California.  CS-2 texted Tran the address to a Lowe's hardware store at 7300 Carson Blvd., Long Beach, California.  Both parties exchanged each other's vehicle description before the meet.

80. When TRAN arrived at the meeting location, he asked CS-2 for the "token,"" to which CS-2 showed him the serialized dollar bill, that CS-1 had sent to DARTH VADER.

81. CS-2 asked TRAN about the amount of methamphetamine he was delivering. TRAN told CS-2 that he had 99 kilograms of methamphetamine in his vehicle. TRAN then opened the rear cargo door of his vehicle and began to unload boxes. CS-2 asked to see the packages of methamphetamine inside the boxes first. Tran told CS-2 one the boxed was already unsealed. CS-2 looked inside the unsealed box and inspected inside of a heat-sealed package wrapped in silver metallic packaging. Within the metallic wrapping was clear heat-sealed plastic wrapping containing what appeared to be shards of crystal-like substance resembling methamphetamine. CS-2 and Tran then moved the boxes of methamphetamine from Tran's vehicle to CS-2's vehicle. The suspected methamphetamine was tested by the DEA Southwest regional lab, which found 89.6 kilograms of methamphetamine that was 97% pure, yielding 86.9 kilograms of actual methamphetamine.

82. CS-2 asked Tran if he thought his DTO would be willing to source him (CS-2) with methamphetamine directly during future deals. Tran clarified if he/she (CS-2) was asking for himself/herself aside from the people involved with current transaction and CS-2 concurred. Tran told CS-2 to contact his brother about that request. Tran then told CS-2 to contact his brother about being supplied, that his brother was on "the chat," possibly referring to the Threema chat with Vader, SIAN and CS-1.

83.  CS-1 stated that after the pick-up was completed, on that same day, CS-1 forwarded photographs and videos of the delivered methamphetamine to SIAN, and DARTH VADER through the Threema group chat.  CS-1 stated that upon having sent the photographs and videos in the THREEMA group chat, DARTH VADER asked that the packages for the methamphetamine be marked with the number "8" so as to distinguish the methamphetamine he had provided.

**J.    October 19/20, 2023, Seizure of the "Drugs" in Australia**

84.  DEA introduced an Australian undercover law enforcement officer, hereinafter referred to as UC-3, who purported to unload and deliver this shipment.  He also purported to include the drugs that had been picked up from other shipments discussed above.  Instead, he had Australian law enforcement-concoct sham narcotics that looked identical to what SIAN, Truong, et al. dropped off.  The Australian undercover gave the sham drugs to Truong's people in Australia who loaded the sham drugs into a van.  Australian law enforcement had put a tracker in the sham drugs and Australian law enforcement was able to follow the van to an Australian stash house.  After the van unloaded and left, Australian law enforcement officers searched the house and then arrested Truong's drivers.

**V.  <u>CONCLUSION</u>**

85. For all of the reasons described above, there is probable cause to believe that OPINDER SINGH SIAN, aka "CAIN," aka "Thanos" and aka "Opie," has committed a violation of 21

U.S.C. §§ 963, 953(a), 960(a)(1), (b)(1)(H): Conspiracy to export at least 50 grams of methamphetamine.

_____/s/_____
ALBERT POLITO, Special Agent
Drug Enforcement Administration

Subscribed to and sworn before me
this 23rd day of February, 2024.

_____
UNITED STATES MAGISTRATE JUDGE
STEVE KIM

27